UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

ROBERT F. SCHWIMMER,

    Plaintiff,

v.

24 HOUR FITNESS USA, INC,

    Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1. Plaintiff alleges violation Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331. *Mims v. Arrow Fin. Servs. LLC,* 132 S. Ct. 740 (2012); *Mims v. Arrow Fin. Servs. LLC*, 2012 U.S. LEXIS 906 (2012). Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

1. Plaintiff, ROBERT F. SCHWIMMER, is a natural person and a citizen of the State of Florida, residing in Broward County, Florida.

1

2.    Defendant, 24 HOUR FITNESS USA, INC., is a corporation and citizen of the State of California with its principal place of business at Fifth Floor, 12647 Alcosta Boulevard, San Ramon, CA 94583.

## FACTUAL ALLEGATIONS

3.    Defendant, or another party acting on its behalf, left the following messages on Plaintiff's voice mail on his cellular telephone on or about the dates stated:

**April 12, 2013 – PRE-RECORDED MESSAGE**
Hello. This is 24 Hour Fitness calling for Ivan [indiscernible]. Please call us back at 855-283-3957. Thank you.

**April 17, 2013 – PRE-RECORDED MESSAGE**
Hello. This is 24 Hour Fitness calling for Ivan [indiscernible]. Please call us back at 855-283-3957. Thank you.

**April 19, 2013 – PRE-RECORDED MESSAGE**
Hello. This is 24 Hour Fitness calling for Ivan [indiscernible]. Please call us back at 855-283-3957. Thank you.

**April 22, 2013 – PRE-RECORDED MESSAGE**
Hello. This is 24 Hour Fitness calling for Ivan [indiscernible]. Please call us back at 855-283-3957. Thank you.

**April 29, 2013 – PRE-RECORDED MESSAGE**
Hello. This is 24 Hour Fitness calling for Ivan [indiscernible]. Please call us back at 855-283-3957. Thank you.

**May 1, 2013 – PRE-RECORDED MESSAGE**
Hello. This is 24 Hour Fitness calling for Ivan [indiscernible]. Please call us back at 855-283-3957. Thank you.

**July 29, 2013 – PRE-RECORDED MESSAGE**

Hello. This is 24 Hour Fitness calling for Ivan [indiscernible]. Please call us back at 855-283-3957. Thank you.

**July 31, 2013 – PRE-RECORDED MESSAGE**
Hello. This is 24 Hour Fitness calling for Ivan [indiscernible]. Please call us back at 855-283-3957. Thank you.

**August 28, 2013 – PRE-RECORDED MESSAGE**
Hello. This is 24 Hour Fitness calling for Ivan [indiscernible]. Please call us back at 855-283-3957. Thank you.

**September 2, 2013 – PRE-RECORDED MESSAGE**
Hello. This is 24 Hour Fitness calling for Ivan [indiscernible]. Please call us back at 855-283-3957. Thank you.

4.  Defendant, or another party acting on its behalf, placed other telephone calls using an automatic telephone dialing system or an artificial or pre-recorded voice to Plaintiff's cellular telephone.

5.  Plaintiff has no knowledge of the person referred to in Defendant's messages.

6.  Plaintiff has never had any dealings or relationship with Defendant.

7.  None of Defendant telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

## COUNT I
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

8.  Plaintiff incorporates Paragraphs 1 through 7.

9.  Defendant, or others acting on its behalf, placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone

dialing system or pre-recorded or artificial voice violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    a declaration that Defendant calls violate the TCPA;

    c.    a permanent injunction prohibiting Defendants from placing non-emergency calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice; and

    d.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Ft. Lauderdale, FL 33339
    Telephone: 954-537-2000
    Facsimile: 954-566-2235
    don@donyarbrough.com

    By: s/ Donald A. Yarbrough
        Donald A. Yarbrough, Esq.
        Florida Bar No. 0158658